MICHAEL RUBINO, an Infant, by Guardian, Appellant, *v.* WIL-
LIAM H. FORCE et al., Respondents.

APPEAL from judgment entered on the verdict of a jury and
from order denying motion for new trial.

*M. P. O'Connor*, for appellant.

*Francis Farquhar*, for respondents.

GILDERSLEEVE, J.    This action was brought to recover dam-
ages for personal injuries sustained by the plaintiff through
the alleged negligence of the defendants' servants in the man-
agement of defendants' horses and truck.    A large number
of witnesses were examined on both sides, and the record
shows a very careful and exhaustive trial of the issues pre-
sented.    There was a conflict of evidence, and the jury ren-
dered a verdict for the defendants.    It is not claimed by the
learned counsel for appellant that the verdict is without suf-
ficient evidence.    It has ample support in the testimony
adduced.    The judgment is challenged on account of the
alleged errors of the learned trial judge in the charge to the
jury and in rulings on requests to charge.

We find no error in the rules of law laid down for the
guidance of the jury.    They were correctly instructed.    The
record discloses no ground for reversal of the judgment.    The
motion for a new trial was properly denied, and the judgment
and order appealed from should be affirmed, with costs to the
respondents.

FREEDMAN and McADAM, JJ., concur.
Judgment and order affirmed, with costs.